IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Charles Goff,<br><br>   Plaintiff,<br><br>v.<br><br>Unknown Rode, et al.,<br><br>   Defendants. | No. CV-20-01284-PHX-DLR (JFM)<br><br>**ORDER** |

Before the Court is United States Magistrate Judge James F. Metcalf's Report and Recommendation ("R&R") recommending that the Court dismiss Defendant Castro-Hermosillo without prejudice for Plaintiff's failure to serve Defendant Castro-Hermosillo pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 88.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (failing to timely object to an R&R waives review of that R&R).

Neither party filed objections, which relieves the Court of its obligation to review the R&R. Still, the Court reviewed the R&R and finds it well-taken. The Court accepts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

**IT IS ORDERED** that the R&R (Doc. 88) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Castro-Hermosillo is **DISMISSED WITHOUT PREJUDICE**.

Dated this 9th day of March, 2022.

Douglas L. Rayes
United States District Judge